UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES RAY KEYS                                    CIVIL ACTION

VERSUS                                              NUMBER: 11-2674

MARLIN GUSMAN, ET AL.                               SECTION: "H"(5)


ORDER


The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed for failure to prosecute pursuant to Local

Rule 41.3.1 and Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 30th day of July, 2012.


JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE